# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 11, 2022

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 21-50911   Baker v. Lee
                          USDC No. 6:21-CV-722

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    /s/ Roeshawn Johnson
                  By: _____
                  Roeshawn Johnson, Deputy Clerk
                  504-310-7998

cc:  Mr. Jerry Baker

# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-50911

---

JERRY BAKER,

*Plaintiff—Appellant*,

versus

STEVE LEE,

*Defendant—Appellee*.

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2022
Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:21-CV-722

_____

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of January 11, 2022, for want of prosecution. The appellant failed to timely pay the fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT